## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO. 3:13-CV-203-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF NORTH CAROLINA,<br><br>     Plaintiffs,<br><br>v.<br><br>JAMES RICHARD SOWELL, M.D. and JAMES RICHARD SOWELL, M.D. d/b/a HEALTH-PRO MENTAL HEALTH SERVICES, PLLC, and HEALTH-PRO MENTAL HEALTH SERVICES, PLLC,<br><br>     Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on "Defendants' Consent Motion For Temporary Stay Of Proceedings" (Document No. 18) filed July 22, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that

1.     Defendants' Consent Motion for Temporary Stay of Proceedings is **GRANTED**;

2.     This action is stayed for ninety (90) days, up to and including **October 20, 2013;** and

3.     At the end of the ninety (90) day stay, Defendants shall inform the Court regarding the status of the criminal investigation and whether any extension of the stay is necessary based on the circumstances.

**SO ORDERED**.

Signed: July 23, 2013

David C. Keesler
United States Magistrate Judge