**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-203-RJC-DCK**

| | |
|---|---|
| **UNITED STATES OF AMERICA, and STATE OF NORTH CAROLINA,** <br><br> Plaintiffs, <br><br> v. <br><br> **JAMES RICHARD SOWELL, M.D. and JAMES RICHARD SOWELL, M.D. d/b/a HEALTH-PRO MENTAL HEALTH SERVICES, PLLC, and HEALTH-PRO MENTAL HEALTH SERVICES, PLLC,** <br><br> Defendants. | <u>**ORDER**</u> |

**THIS MATTER IS BEFORE THE COURT** on Plaintiffs' "Motion To Reconsider Court Order Or Amend Scheduling Order" (Document No. 60) filed April 17, 2015. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>deny</u> the motion in part, and <u>grant</u> the motion in part.

The Court recognizes that no response has been filed, but in the interests of judicial economy and efficient case management, the Court will address the pending motion without delay. The undersigned will deny Plaintiff's request to reconsider the prior ruling allowing Defendant additional time to produce discovery responses, but will grant the request to make similar amendments to other case deadlines.

**IT IS, THEREFORE, ORDERED** that the Plaintiffs' "Motion To Reconsider Court Order Or Amend Scheduling Order" (Document No. 60) is **DENIED in part**, and **GRANTED in part**. The deadlines in this case are revised as follows: Expert Reports - June 10, 2015; Rebuttal

Reports - June 26, 2015; Discovery Completion - July 10, 2015; Mediation Report - July 20, 2015; Dispositive Motions - August 5, 2015; Trial - November 2, 2015.

**SO ORDERED**.

Signed: April 20, 2015

David C. Keesler
United States Magistrate Judge