UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>and THE STATE OF NORTH CAROLINA,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES RICHARD SOWELL, M.D.; JAMES RICHARD SOWELL, M.D. d/b/a HEALTH-PRO MENTAL HEALTH SERVICES, PLLC; and HEALTH-PRO MENTAL HEALTH SERVICES, PLLC,<br><br>Defendants. | CASE NO. 3:13 CV 203 |

**THIS MATTER** is before the Court pursuant to the Joint Motion for Final Order of Plaintiffs the United States of America and the State of North Carolina and Defendants Dr. James Richard Sowell and Heal-Pro Mental Health Services, PLLC. It appears to the Court that the parties have agreed to certain terms as reflected in the Joint Motion pursuant to which the case will be settled.

Wherefore, upon consent of the parties, **IT IS HEREBY ORDERED, JUDGED** and **DECREED** that:

1. The Joint Motion for a Final Order is granted; and

2. Judgment shall be entered in favor of the Plaintiffs, and the Defendants shall be jointly and severally liable and shall pay to the Plaintiffs a total amount of three hundred sixty-one thousand five hundred dollars ($361,500), plus post judgment interest at a rate of 2.00% per annum.

3. The Clerk is hereby directed to enter judgment in favor of the Plaintiffs in accordance with this order.

This 11th day of September, 2015

*Robert J. Conrad*
United States District Court Judge